# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:

Nushin, LLC

Debtor(s)

Case No. 13-04401-HB

Chapter 7

**TO: All Creditors and Parties in Interest**

## NOTICE AND APPLICATION FOR SALE OF PROPERTY
## FREE AND CLEAR OF LIENS

YOU ARE HEREBY NOTIFIED that the Trustee is applying for approval to sell the property of the debtor's estate described below free and clear of all liens and encumbrances according to the terms and conditions stated below.

TAKE FURTHER NOTICE that any response, return, and/or objection to this application, should be filed with the Court no later than ___twenty-one (21)___ days from service of the application and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on February 3, 2015 at 9:30 a.m. at the Donald Stuart Russell Federal Courthouse, 201 Magnolia Street, Spartanburg, SC 29306-2355. No further notice of this hearing will be given.

TYPE OF SALE: Private

PROPERTY TO BE SOLD: All business inventory

PRICE: $6,050.00

APPRAISAL VALUE: $6,050.00 per Terry Howe & Associates, Inc.

BUYER: Larry Kommers of 203 Hillcrest Drive, Laurens, SC 29360 (To the best of the trustee's knowledge, this is a disinterested buyer and the buyer has no connection to the debtors.)

PLACE AND TIME OF SALE: As soon as possible following approval from Bankruptcy Court.

SALES AGENT/AUCTIONEER/BROKER: Terry Howe & Associates, Inc., 10 N. Watson Road, Taylors SC 29687, telephone number 864-268-4399

COMPENSATION TO SALES AGENT/AUCTIONEER/BROKER/ETC.: $605.00 based on 10% of the sales price and $500.00 for advertising and check out personnel. [Said auctioneer/sales agent is hereby authorized to deduct commission and expenses prior to the

delivery of the net proceeds of sale to the Trustee.

ESTIMATED TRUSTEE'S COMPENSATION: $1,355.00

LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY: None known to the Trustee.

$176.00 shall be withheld and be paid to the Chapter 7 Trustee to reimburse him for the filing fee paid by him to the U.S. Bankruptcy Court for the District of South Carolina.

DEBTOR'S EXEMPTION: None

PROCEEDS ESTIMATED TO BE PAID TO ESTATE: Estimated to be $5,269.00

STAY OF ORDER: Trustee requests waiver of the automatic 14-day stay provided by Fed. R. Bankr. P. 6004(h) on the grounds that such sale is subject to time being of the essence.

Applicant is informed and believes that it would be in the best interest of the estate to sell said property by private sale. Applicant also believes that the funds to be recovered for the estate from the sale of said property justify its sale and the filing of this application.

The Court may consider additional offers at any hearing held on this notice and application for sale. The Court may order at any hearing that the property be sold to another party on equivalent or more favorable terms.

The trustee or debtor in possession, as applicable, may seek appropriate sanctions or other similar relief against any party filing a spurious objection to this notice and application.

WHEREFORE, applicant requests the Court issue an order authorizing sale of said property and such other and further relief as may be proper.

/s/ Randy A. Skinner
Randy A. Skinner, Trustee (ID #5412)
300 N. Main Street, Suite 201 A
Greenville, SC 29601
(864) 232-2024 (Telephone)
(864) 232-8496 (Facsimile)
Email: trustee@skinnerlawfirm.com

Dated: January 2, 2015
Greenville, South Carolina

Address of Court:
United States Bankruptcy Court
J. Bratton Davis U. S. Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| IN RE: | |
|---|---|
| Nushin, LLC | Case No. 13-04401-HB |
| Debtor(s) | Chapter 7 |

### CERTIFICATE OF MAILING

The undersigned hereby certifies that she is the Paralegal for Randy A. Skinner, Chapter 7 Trustee, in the within matter and that the within **Notice Of Sale Of Property Free And Clear Of Liens And Opportunity For Hearing with the proposed Order** was served upon the parties shown on the attached mailing matrix by depositing a copy of same in the United States Mail, with sufficient postage annexed thereto, addressed as follows:

**SEE ATTACHED MAILING MATRIX.**

This 2nd day of January, 2014.

/s/ Karen S. Hall
Karen S. Hall, Paralegal
For Randy A. Skinner
300 N. Main Street, Suite 201 A
Greenville, SC 29601
Telephone: (864) 232-2007
Facsimile: (864) 232-8496
Email: trustee@skinnerlawfirm.com

Greenville, South Carolina

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-7<br>Case 13-04401-hb<br>District of South Carolina<br>Spartanburg<br>Fri Jan  2 16:12:18 EST 2015 | 111 Blackstock LLC<br>c/o Tim Thompson<br>PO Box 3541<br>Spartanburg SC 29304-3541 | 111 Blackstock, LLC<br>PO Box 3541<br>Spartanburg, SC 29304-3541 |
| ADT<br>1600 OAKBROOK DR<br>STE 540<br>NORCROSS GA 30093-1818 | Auto Owners Insurance Company<br>c/o James D. Cooper<br>Cooper & Moore PA<br>PO Box 11869<br>Columbia SC 29211-1869 | Linda Barr<br>Office of United States Trustee<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 |
| Blalock Investments<br>2153 East Main Street C-14 #354<br>Duncan SC 29334-8724 | Weyman C. Carter<br>McNair Law Firm, PA<br>PO Box 447<br>Greenville, SC 29602-0447 | Clipper Magazine<br>PO Box 610<br>Mountville PA 17554-0610 |
| Robert H. Cooper<br>The Cooper Law Firm<br>150 Milestone Way<br>Greenville, SC 29615-5088 | Cylinder Central<br>270 US Highway 9<br>Englishtown NJ 07726-9217 | ERP Hillcrest LLC<br>c/o Steven A. Meckler<br>Shumaker, Loop & Kendrick LLP<br>128 South Tryon St, Ste 1800<br>Charlotte NC 28202-5013 |
| ERP Hillcrest, LLC<br>c/o David M. Grogan<br>Shumaker, Loop & Kendrick, LLP<br>128 S. Tryon St., Suite 1800<br>Charlotte, NC 28202-5013 | Elaine Brackett<br>c/o Piller Law Firm<br>2111 Cannons Campground Road<br>Spartanburg SC 29307-1512 | Fairforest Southern LLC<br>314 South Pine Street #100<br>Spartanburg SC 29302-2677 |
| Halifax Media Group<br>PO Box 102930<br>Atlanta GA 30368-2930 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Leroy Dodson<br>11017 Pine Valley Ct<br>Fort Mill, SC 29707-1520 |
| Leroy Dodson Investments, LLC<br>Attn: Leroy Dodson<br>11017 Pine Valley Ct<br>Fort Mill, SC 29707-1520 | Eugene B. McLeod III<br>SC Dept of Employment & Workforce<br>PO Box 8597<br>Columbia, SC 29202-8597 | Steven A. Meckler<br>SHUMAKER, LOOP AND KENDRICK LLP<br>128 South Tryon Street Suite 1800<br>Charlotte, NC 28202-5013 |
| Nushin LLC<br>230 E. Blackstock Road<br>Spartanburg, SC 29301-2607 | Products Unlimited, Inc.<br>915 North 43rd Avenue<br>Omaha NE 68131-1180 | Ramin Abolfathi<br>795 Hammond Drive<br>Atlanta GA 30328-5517 |
| SC Dept of Rev. & Tax<br>PO Box 12265<br>Columbia SC 29211-2265 | SC Employment Security Commission<br>P.O. Box 995<br>Columbia SC 29202-0995 | SPARTANBURG HERALD-JOURNAL<br>HALIFAX MEDIA GROUP<br>C/O K GROENDAL<br>PO BOX 408<br>LAKELAND FL 33802-0408 |
| Serta MATTRESS<br>6010 Horizon West Parkway<br>Grovetown GA 30813-3056 | Randy A. Skinner<br>300 N. Main Street<br>Suite 201A<br>Greenville, SC 29601-2159 | South Carolina Department of Employment and<br>P.O. Box 8597<br>Columbia, SC 29202-8597 |

| | | |
|---|---|---|
| South Carolina Department of Revenue<br>P.O. Box 12265<br>Columbia, SC 29211-2265 | South Carolina Dept of Employment & Workforc<br>P.O. Box 8597<br>Columbia, SC 29202-8597 | Spartanburg County Tax Collector<br>366 North Church St<br>Suite 400<br>Spartanburg, SC 29303-3637 |
| Spartanburg County of Tax Collector<br>366 North Church Street Suite 400<br>P.O.Box 3060<br>Spartanburg SC 29304-3060 | John Timothy Stack<br>Office of the United States Trustee<br>1835 Assembly Street Suite 953<br>Columbia, SC 29201-2448 | Tasha B Thompson<br>South Carolina Department of Revenue<br>PO Box 12265<br>Columbia, SC 29211-2265 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ERP Hillcrest, LLC

End of Label Matrix
Mailable recipients    36
Bypassed recipients     1
Total                  37